██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY GIZOWSKI, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Chautauqua County Court convicting defendant of the crimes of culpable negligence causing death of a human, and operating a motor vehicle while intoxicated, after prior conviction of operating a motor vehicle while intoxicated.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH MARVIN WASMUND, Appellant.— Judgment of conviction affirmed. All concur. (Appeal from a judgment of Chautauqua County Court convicting defendant of the crime of attempted rape, first degree, and assault, second degree, with intent to commit rape.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

██ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. THOMAS PETERMAN, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Erie Children's Court, adjudging defendant to be the father of the child of complainant and directing him to contribute to its support.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.